478 A.2d 75

Commonwealth v. Marshall, Appellant.

Petition for Allowance of Appeal
Denied Sept. 20, 1984.

Submitted March 26, 1984. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BROSKY and MONTGOMERY, JJ.

Order affirmed.